IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Russell, Bernadine C | Case Number: 08 B 03493 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/14/08 | Filed: 2/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 2, 2008
Confirmed: April 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 910.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 850.85 |
| Trustee Fee: |  | 59.15 |
| Other Funds: |  | 0.00 |
| Totals: | 910.00 | 910.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,470.00 | 850.85 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 13,852.79 | 0.00 |
| 4. | Internal Revenue Service | Priority | 6,455.30 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 81.17 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 630.47 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 138.84 | 0.00 |
| 8. | B-Real LLC | Unsecured | 220.24 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 567.82 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 44,969.46 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 173.40 | 0.00 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | FMS Inc | Unsecured | | No Claim Filed |
| 14. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 15. | Chase | Unsecured | | No Claim Filed |
| | | | $ 68,559.49 | $ 850.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 59.15 |
| | $ 59.15 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Russell, Bernadine C | Case Number:  08 B 03493 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/14/08 | Filed:  2/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

